_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 28, 2018

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9555 S. Eastern Ave, Ste 285
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@bkvegas.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PRINCESS MANILOU AGUILA<br><br><br><br>Debtor(s) | CASE NO.: 18-11094-ABL<br>TRUSTEE: KATHLEEN A LEAVITT<br><br>CHAPTER: 13<br><br>**ORDER ON STIPULATION TO VALUE COLLATERAL AND "CRAM DOWN" VEHICLE LOAN, FOR ADEQUATE PROTECTION PAYMENTS AND TO RESOLVE MOTION FOR RELIEF AND TO VACATE HEARINGS SET FOR JUNE 27, 2018 AT 9:30 AM** |

The parties, having agreed to the terms set forth in **STIPULATION TO VALUE COLLATERAL and "CRAM DOWN" VEHICLE LOAN, FOR ADEQUATE PROTECTION PAYMENTS and to RESOLVE MOTION FOR RELIEF and to VACATE HEARINGS SET FOR JUNE 27, 2018 at 9:30 AM** regarding Debtor's 2007 Pontiac Grand Prix, (the "Vehicle") are bound by the terms of their stipulation, which shall be the Order of this Court.

Relating to the Motion to Value Collateral or "Cram Down" Claim of Secured Creditor (Dkt # 28), the continued hearing set for **June 27, 2018 at 9:30 AM shall be vacated**.

Relating to the Motion for Relief from stay filed by HLS of Nevada, LLC DBA Nevada West Financial (Dkt # 19), the continued hearing set **for June 27, 2018 at 9:30 AM shall be vacated**.

**IT IS SO ORDERED**.

Submitted by:

/s/ Seth D. Ballstaedt
SETH D. BALLSTAEDT, ESQ.
*Attorney for Debtor*

BALLSTAEDT LAW FIRM
9555 S Eastern Ave., Ste #285
Las Vegas, NV 89123

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9555 S. Eastern Ave, Ste 285
Las Vegas, Nevada 89123
Phone: (702) 715-0000
help@bkvegas.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PRINCESS MANILOU AGUILA<br><br><br><br><br>Debtor(s) | CASE NO.: 18-11094-ABL<br>TRUSTEE: KATHLEEN A LEAVITT<br><br>CHAPTER: 13<br><br>**STIPULATION TO VALUE COLLATERAL and "CRAM DOWN" VEHICLE LOAN,  FOR ADEQUATE PROTECTION PAYMENTS and to RESOLVE MOTION FOR RELIEF and to VACATE HEARINGS SET FOR JUNE 27, 2018 at 9:30 AM** |

This Stipulation is entered into by and between  PRINCESS MANILOU AGUILA (hereinafter referred to as "Debtor(s)"), by and through attorney, Seth D. Ballstaedt, Esq., and HLS of Nevada LLC dba Nevada West Fin ("Secured Creditor") by and through their attorney Christine A. Roberts, Esq.

The Debtor(s) have an interest in 2007 Pontiac Grand Prix ("Vehicle").  Secured Creditor is the holder of a claim against Vehicle.

## IT IS HEREBY STIPULATED:

1.  Secured Creditor's claim shall be reduced or "crammed down" to $3,762.50 ("Secured claim").  The secured claim shall be paid in Debtor's Chapter 13 plan over 60 months

at 6.25% fixed interest.

2. The remaining balance of Secured Creditor's Claim shall be reclassified as a general unsecured claim to receive a pro rata share with other general unsecured creditors through the Debtor's Chapter 13 plan pursuant to 11 U.S.C. Section 506(a).

3. Upon entry of this Stipulation and corresponding Order, the Chapter 13 Trustee shall commence disbursement prior to confirmation of the plan, monthly payments in the amount of $73.18 per month, retroactively paid from month 1 forward, for a term of 60 months or until the secured claim is paid in full.

4. In the event this chapter 13 case is dismissed or converted to a case under chapter 7, this stipulation and its order shall be vacated.

5. This Stipulation shall resolve the Motion to Value Collateral or "Cram Down" Claim of Secured Creditor filed by Debtor (Dkt # 28) and the continued hearing set for June 27, 2018 at 9:30 AM shall be vacated.

6. This stipulation shall resolve the Motion For Relief from Stay filed by HLS of Nevada, LLC DBA Nevada West Financial (Dkt # 19) and the continued hearing set for June 27, 2018 at 9:30 AM shall be vacated.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BALLSTAEDT LAW FIRM
9555 S Eastern Ave., Ste #285
Las Vegas, NV 89123

Submitted by:

THE BALLSTAEDT LAW FIRM

Dated this 26 day of June, 2018


*/s/ Seth D. Ballstaedt*                         Dated: June 26, 2018
SETH D. BALLSTAEDT, ESQ.
The Ballstaedt Law Firm
9555 S. Eastern Ave, Ste 285
Las Vegas, Nevada 89123
(702) 715-0000
help@bkvegas.com
Attorney for Debtor


BY:*/s/ Christine A. Roberts*                    Dated: June 26, 2018
CHRISTINE A. ROBERTS, ESQ.
The Las Offices of Christine A. Roberts, PLLC
3815 S. Jones Blvd, Suite 5
Las Vegas, NV 89103
(702) 728-5282
Attorney for HLS of Nevada LLC dba Nevada West Financial


BY:*/s/ Danielle N. Gueck-Townsend*              Dated: June 13, 2018
DANIELLE N. GUECK-TOWNSEND, ESQ.
Kathleen A. Leavitt, Chapter 13 Trustee
201 Las Vegas Blvd, Ste 200
Las Vegas, NV 89101
Staff Attorney for Kathleen A. Leavitt, Chapter 13 Trustee