_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 06, 2018

___

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89101
Telephone:  (702) 853-0700
Email:  kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK – 18-11094-abl |
| ) | Chapter 13 |
| PRINCESS MANILOU AGUILA, ) | |
| ) | Confirmation Hearing: |
| Debtor(s). ) | Date:   August 2, 2018 |
| ) | Time:   1:30 p.m. |

### ORDER DENYING CONFIRMATION OF DEBTOR(S) PROPOSED CHAPTER 13 PLAN #1

The hearing regarding confirmation of the Debtor(s) proposed Chapter 13 Plan #1 was held on the date and time above-captioned; notice of said hearing was properly given and the Trustee having filed an Opposition thereto; and good cause appearing, therefor;

**IT IS HEREBY ORDERED** that confirmation of the Debtor(s) proposed Chapter 13 Plan #1 is **DENIED** for failure to resolve Trustee's Opposition to Confirmation issues.  In addition, proposed Amended Plan #2 was filed and set for confirmation hearing on August 30, 2018.

1

Submitted by:

/s/   Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Dated:         8/03/2018

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____   The court has waived the requirement set forth in LR 9021(b)(1).

  X    No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Approved: | _____ |
| Disapproved: | _____ |
| Failed to Respond: | _____ |

_____   I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###